KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

O'MELVENY & MYERS LLP
RYAN PADDEN (Bar # 204515)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: rpadden@omm.com

Attorneys for Defendant
QUIKSILVER, INC.

GRANTED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. 11 1177 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| QUIKSILVER, INC., | CMC Date: September 23, 2011<br>CMC Time: 10:00 a.m. |
| Defendant. | Hon. Edward J. Davila |

The parties in the above-entitled action jointly submit this stipulated request to continue the Initial Case Management Conference currently set for September 23, 2011, at 10:00 a.m., for six weeks or until November 4, 2011.

The parties are engaged in active settlement discussions, and would like additional time to continue those discussions in the hope of reaching an amicable resolution of their dispute.

Accordingly, the parties believe it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to proceed.

1  Deferral of the Initial Case Management Conference while the parties attempt to negotiate a settlement
2  would be the most economically efficient for the parties, and would obviate the need to engage
3  judicial resources at this time.
4      The parties therefore respectfully request that the Initial Case Management Conference
5  currently set for September 23, 2011, be continued for six weeks to November 4, 2011. This request
6  will not affect any other deadline set by the Court.

Respectfully submitted,

10  DATED: September 13, 2011      KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Gia Cincone
GIA CINCONE

Attorneys for Plaintiff
LEVI STRAUSS & CO.

16  DATED: September 13, 2011      O'MELVENY & MYERS LLP

By: /s/Ryan Padden
RYAN PADDEN

Attorneys for Defendant
QUIKSILVER, INC.

IT IS SO ORDERED.

DATED: September 14, 2011

HON. EDWARD J. DAVILA
United States District Court Judge