1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7  O'MELVENY & MYERS LLP
   RYAN PADDEN (Bar # 204515)
8  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111
9  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
10 Email:  rpadden@omm.com

11 Attorneys for Defendant
   QUIKSILVER, INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 | LEVI STRAUSS & CO.,              | Case No. 11 1177 EJD
18 |         Plaintiff,               |
19 |     v.                           | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**
20 | QUIKSILVER, INC.,                |
21 |         Defendant.               |

1  The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure
2  41(a)(2), stipulate that this action be and hereby is dismissed without prejudice.  Each party shall bear
3  its own costs and attorneys' fees.

4
5                                                                  Respectfully submitted,
6
7  DATED:  October 5, 2011                    KILPATRICK TOWNSEND & STOCKTON LLP
8
9                                                          By:     /s/ Gia Cincone
                                                                   GIA CINCONE
10
                                                                   Attorneys for Plaintiff
11                                                                 LEVI STRAUSS & CO.
12
13 DATED:  October 5, 2011                    O'MELVENY & MYERS LLP
14                                                         By: /s/Ryan Padden
                                                                   RYAN PADDEN
15
                                                                   Attorneys for Defendant
16                                                                 QUIKSILVER, INC.
17
18   IT IS SO ORDERED.    The Clerk shall close this file.
19
20   DATED: October 7    , 2011              _____
                                                            HON. EDWARD J. DAVILA
21                                                          United States District Court Judge
22   63760456 v1
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER        - 2 -         *Levi Strauss & Co.  v. Quiksilver, Inc.*
                                                                    Case No. 11 1177 EJD